IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. MOORE,

    Plaintiff,

v.

Judge STUART SCHWARTZ and
U.S. Attorney for the Western District
of Wisconsin STEPHEN SINNOTT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-492-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _8/28/09_
Peter Oppeneer, Clerk of Court    Date