IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN W. MOORE,

                     Plaintiff,

    v.

Judge STUART SCHWARTZ and
U.S. Attorney for the Western District
of Wisconsin STEPHEN SINNOTT,

                     Defendants.

ORDER

09-cv-492-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff John Moore has filed a motion for reconsideration of my order denying his request for leave to proceed <u>in forma pauperis</u> in a suit seeking to enjoin state court and future federal court proceedings. Dkt. #6. Because plaintiff essentially repeats the same arguments that he made in conjunction with his proposed complaint, and none convince me that I misunderstood his claims or otherwise erred in dismissing the complaint, I will deny the motion for reconsideration.

1

ORDER

IT IS ORDERED that plaintiff John W. Moore's motion for reconsideration, dkt. #6, is DENIED.

Entered this 28th day of September, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge